TRUST LAW, P.C.

Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

Plaintiff's request at Dkt. No. 12 is **GRANTED**.

By **January 11, 2027**, Plaintiff shall file her motion.

By **March 12, 2027**, the Commissioner shall file his response.

By **March 26, 2027**, Plaintiff shall file her reply, if any.

The Clerk of Court is respectfully directed to close Dkt. No. 12.

SO ORDERED. October 6, 2026.

SARAH L. CAVE
United States Magistrate Judge

October 6, 2026

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Cinquemani v. Commissioner of Social Security*
Civil Action No. 1:26-cv-05693-SLC

Dear Judge Cave,

We write on behalf of our client, Jennifer Anne Cinquemani, and with the consent of Defendant, to respectfully request a 90-day extension of time to file Plaintiff's Brief, which is currently due on October 12, 2026 per the Court's Standing Scheduling Order. This is Plaintiff's first request for an extension. The reason for this request is that the undersigned requires additional time due to having numerous briefs and overlapping deadlines in the upcoming weeks.

After conferring with the defendant, the parties have agreed to the following amended scheduling order, subject to the Court's approval:

1. Plaintiff to file her brief on or before: **January 11, 2027**;
2. Defendant to file its brief on or before: **March 12, 2027**; and
3. Plaintiff to file her reply, if any, on or before: **March 26, 2027**.

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust

Lindsay M. Trust
TRUST LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)